**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **MOHAMMED ABDUL MAJID,** | ) |
| | ) |
|     **Petitioner,** | ) |
| | ) |
| **v.** | )    **CIV-06-455-R** |
| | ) |
| **ALBERTO GONZALEZ,** | ) |
| | ) |
|     **Respondent.** | ) |

**O R D E R**

Before the Court is the Report and Recommendation of United States Magistrate Judge Robert E. Bacharach entered August 22, 2006. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation [Doc. No. 20] is ADOPTED in its entirety and the petition of Mohammed Abdul Majid for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is DISMISSED without prejudice for improper venue.

**It is so ordered this 2nd day of October, 2006.**

*[signature]*

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE